IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARK EDWARD HILL, | ) | CIVIL NO. 08-00536 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | Order Adopting |
| vs. | ) | Magistrate's Findings and |
| | ) | Recommendation (Doc. 22) |
| STATE OF WASHINGTON, | ) | to (1) Grant Plaintiff's |
| | ) | Motion to Proceed Without |
| Defendant. | ) | Prepayment of Fees (Doc. |
| _____ | ) | 17) and (2) Dismiss |
| | | Plaintiff's Complaint |
| | | Without Prejudice and |
| | | Grant Leave |

**ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION (DOC. 22) TO (1) GRANT PLAINTIFF'S MOTION TO PROCEED WITHOUT  PREPAYMENT OF FEES (DOC. 17) AND (2) DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND GRANT LEAVE**

Findings and Recommendation (Doc. 22) having been filed and served on all parties on May 22, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Doc. No.  is adopted as the opinion and order of this Court.

Plaintiff is granted 30 days from the date of filing of this order to amend the complaint.  Failure to timely amend will result in sua sponte dismissal of

this action and final judgment being entered.  See <u>WMX Technologies, Inc. v. Miller</u>, 104 F.3d 1133, 1136 (9th Cir. 1997).

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, June 9, 2009.



                                              /S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge

cc:   all parties of record